FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

GARY DAVID JOHNSON,

    Petitioner,

v.

DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.

No. CV 07-2678-GAF (PLA)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5/13/08

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE